# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of ROBERTSON'S READY MIX, LTD., a Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>HEFFLER CONTRACTING GROUP, et al.,<br><br>    Defendant. | Case No.: 1:18-cv-0773 - LJO - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 10) |

On August 16, 2018, Plaintiff notified the Court that this action has settled. (Doc. 10 at 1) Plaintiff reports, "The settlement documents are still in the process of being finalized." (*Id.*) Plaintiff believes the dispositional documents should be filed "within the time period set forth in Local Rule 160(b)." (*Id.* at 2) Thus, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **September 6, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 17, 2018**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE